## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY BRENNAN,

           **Plaintiff,**

vs.

ARLINGTON COUNTY,
ARLINGTON POLICE
DEPARTMENT, CITY OF
PITTSBURGH, PITTSBURGH
POLICE DEPARTMENT,
JAMES D. CASSEDY, his
individual and official capacity
as Captain of Arlington Police
Department,

           **Defendants,**

**Electronic filing**

**NO. 2:17cv1309**

**TYPE OF PLEADING:**
**Response to Rule to Show Cause**

**FILED ON BEHALF OF:**
**Plaintiff**

**COUNSEL OF RECORD:**

**James R. Jeffries, Esquire**
**Pa I.D. 89093**

**James R. Jeffries & Associates**
**30 South Main Street**
**Suite 102**
**Washington, Pennsylvania  15301**
**(724) 225-6780**

**JURY TRIAL DEMANDED**

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

**TIMOTHY BRENNAN,**

               **Plaintiff,**               **No. 2:17cv1309**

**vs.**

**ARLINGTON COUNTY, ARLINGTON**
**POLICE DEPARTMENT, CITY OF**
**PITTSBURGH, PITTSBURGH POLICE**
**DEPARTMENT, JAMES D. CASSEDY, in**
**his individual and official capacity as**
**Captain of Arlington Police Department,**

               **Defendants,**

## <u>RESPONSE TO RULE TO SHOW CAUSE</u>

**AND NOW,** comes the Plaintiff, Timothy Brennan, by and through his counsel, James R.

Jeffries, Esquire, and the law firm of DeRiso DeRiso Suher & Jeffries, and files the within

Response to Rule to Show Cause, and avers as follows:

1. This matter arises out of a Civil claim at the above captioned Docket and Term.

2. The reason for the lack of movement on this matter is simply a lack of service of
   process.

3. The City of Pittsburgh Defendants have agreed to accept service of process, however,
   the Defendants in Virginia (Arlington County, Arlington Police Department and
   James D. Cassedy) indicated through their counsel, that they will not accept service
   without the same being personal in Virginia.

4. The Plaintiff respectfully requests this Honorable Court to grant an extension of thirty
   (30) days to effectuate personal service in Virginia upon the above mentioned
   Virginia Defendants.

5.  The Plaintiff's position is simple and straight forward and does not wish to provide any excuses other than the service issue.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court issue an Order granting an extension of thirty (30) days with which to effectuate personal service upon the Virginia Defendants.

Date: <u>May 31, 2018</u>                            Respectfully Submitted,


                                        /s/ James R. Jeffries_____
                                        James R. Jeffries, Attorney for Plaintiff,
                                        Timothy Brennan